UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KYLE JIGGETS,                       :
                                    :
            Plaintiff,              :        07 Civ. 11572 (JSR)
                                    :
         -v-                        :        ORDER
                                    :
ALLIED INTERNATIONAL UNION,         :
                                    :
            Defendant.              :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

        On March 16, 2010, the Honorable Ronald L. Ellis, United

States Magistrate Judge, issued a Report and Recommendation

("Report") in the above-captioned matter recommending that the Court

grant defendant Allied International Union's motion to dismiss

plaintiff's complaint for failure to state a claim.

        Neither party has filed any objection to the Report, and, for

that reason alone, the parties have waived any right to further

appellate review.  See Thomas v. Arn, 474 U.S. 140, 147-48 (1985);

Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002);

Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162,

174 (2d Cir. 2000).  Accordingly, the Court hereby adopts the Report,

and, for the reasons stated therein, dismisses the complaint in its

entirety.  The Clerk of the Court is ordered to close the case.

        SO ORDERED.

        Dated:  New York, NY
                May 25, 2010
                                      JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-10